No. 457. EL PUEBLO *v.* PEÑA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción del Fiscal desistiendo de la moción para desestimar esta apelación. Resuelto en octubre 14, 1912. Con lugar la moción. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* Abogado del apelante: *Sr. Manuel F. Rossy.*

No. 341. EX PARTE CINTRÓN.—Moción para que se apruebe la fianza notarial prestada por la National Surety Company. Resuelto en octubre 14, 1912. Aprobada la fianza notarial. El peticionario compareció en nombre propio.

No. 887. AMADÉE ET AL. *v.* PÉREZ ET AL.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 16, 1912. Denegada la moción. Abogado de los apelados: *Sres. Muñoz y Brown.* Abogado de los apelantes: *Sr. Manuel F. Rossy.*

No. 16. EL PUEBLO *v.* LAPORTE.—Apelación procedente de la Corte de Distrito de Guayama. Solicitud para que este tribunal apruebe la exposición del caso. Resuelto en octubre 16, 1912. Denegada la solicitud. Abogado del peticionario *Sr. C. Domínguez Rubio.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 447. EL PUEBLO *v.* DÍAZ.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción del apelante para corregir el récord. Resuelto en octubre 16, 1912. Denegada la moción por innecesaria. Abogado del apelante: *Sr. Herminio Díaz Navarro.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*